IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRUSTUS LLC, and MICHAEL LESLIE dba THE VINYL CLUB,<br><br>      Plaintiff,<br><br>    v.<br><br>CATLIN INSURANCE SERVICES, INC.,<br><br>      Defendant. | Case No. 1:20-cv-00082-CL<br><br>Order |

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Finding and Recommendation (ECF No. 36), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Clarke's Finding and Recommendation (ECF No. 36) is adopted in full. Plaintiffs' Motion for Summary Judgment (ECF No. 21) is GRANTED in part and DENIED in part, while Catlin's Motion for Summary Judgment (ECF No. 23) is DENIED. The parties are ordered to confer and file a joint status report within 30 days of this order.

1 – ORDER

IT IS SO ORDERED.

DATED this 10th day of March, 2021.

          /s/ Michael J. McShane
Michael McShane
United States District Judge

2 – ORDER