IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRUSTUS LLC, and MICHAEL
LESLIE dba THE VINYL CLUB,

      Plaintiffs,

      v.

CATLIN INSURANCE SERVICES,
INC.,

      Defendant.

_____

Case No. 1:20-cv-00082-CL

ORDER

MCSHANE, Judge:

Plaintiffs Trustus LLC and Michael Leslie, *dba* the Vinyl Club, move the Court for an order awarding attorney fees and costs in this matter in the amount of $24,019.05. *See* ECF No. 43; ECF No. 45. Because Defendant never objected within 14 days, Plaintiffs' motions are unopposed. LR 54-1(b).

Plaintiffs move for fees under Or. Rev. Stat. § 742.061(1) and are entitled to them. *See Petersen v. Farmers Inc. Co. of Oregon,* 162 Or. App. 462, 466 (1999) (explaining that the granting of fees under ORS 742.061(1) is not discretionary). Because the attorney fees are reasonable, Plaintiffs' motion for attorney fees, ECF No. 43, is GRANTED. Plaintiffs' bill of costs, ECF No. 45, is also GRANTED. Plaintiffs are awarded $24,019.05 against Defendant for their attorney fees and costs.

IT IS SO ORDERED.


DATED this 8th day of June, 2021.


_____s/Michael J. McShane_____
Michael J. McShane
United States District Judge